MILTON L'ECLUSE, Respondent, *v.* W. GOULD BROKAW, Appellant.

*Appeal — unanimous reversal by Appellate Division of order of trial court setting aside verdict and reinstatement of said verdict — appeal may not be taken, without permission, to Court of Appeals, from judgment entered thereon.*

*L'Ecluse* v. *Brokaw*, 205 App. Div. 893, appeal dismissed.
(Submitted May 23, 1924; decided June 6, 1924.)

APPEAL from a judgment, entered March 26, 1923, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which unanimously reversed an order of the court at a Trial Term

setting aside a verdict in favor of plaintiff and granting a new trial and reinstated said verdict.

*Rowland Miles* for appellant.

*Willard N. Baylis* and *Robert S. Snevily* for respondent.

Appeal dismissed, with costs, on ground that the Appellate Division having unanimously reinstated the verdict leave to appeal was necessary (*Burns Mfg. Co. v. Clinchfield Products Corp.*, 231 N. Y. 561); no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.